**Melburn F. KENNEDY, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27859.**

Court of Criminal Appeals of Texas.

Nov. 30, 1955.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted of an attempt to commit the offense of burglary and his punishment assessed at confinement in the state penitentiary for two years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.